IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01375-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 11 2008

GREGORY C. LANGHAM
CLERK

ALBERTO CABRAL,

Applicant,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,

Respondent.

ORDER OF TRANSFER

Applicant Alberto Cabral is a prisoner in the custody of the United States Bureau of Prisons at the Federal Medical Center in Forth Worth, Texas. Mr. Cabral initiated this action by filing a *pro se* request for waiver of his deportation. Magistrate Judge Boyd N. Boland entered an order on June 30, 2008, instructing the Clerk of the Court to commence a civil action and directing Applicant to file his request on a Court-approved form used in filing 28 U.S.C. § 2241 actions. On July 28, 2008, Mr. Cabral filed his Application on the proper form. In the Application, Mr. Cabral simply states "Cancellation of Deportation." He also paid the $5.00 filing fee.

The instant action should have been filed in the United States District Court for the Northern District of Texas, Fort Worth Division, because an application for a writ of habeas corpus pursuant to § 2241 "must be filed in the district where the prisoner is confined." *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Pursuant to 28 U.S.C. § 1631, the Court may transfer the action to any other court in which the action could have been brought if it is in the interest of justice. Mr. Cabral's § 2241 action would be addressed more properly by the Northern District of Texas, Fort Worth Division. This Court, therefore, finds that the interests of justice would be served by transferring this action to the Northern District of Texas, Fort Worth Division. Because the action is being transferred to the Northern District of Texas, this Court will refrain from addressing the issue of subject matter jurisdiction and the relevance of 8 U.S.C. § 1252, under which the court of appeals has exclusive means of review of an order of removal. Accordingly, it is

ORDERED that the Clerk of the Court transfer this action to the United States District Court for the Northern District of Texas, Fort Worth Division, 501 W. 10th Street, Room 310, Ft. Worth, TX 76102-3673.

DATED at Denver, Colorado, this 11 day of Aug, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01375-BNB

Alberto Cabral
Reg. No. 32895-013
FMC - Fort Worth
3150 Horton Road
Fort Worth, TX 76119

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/11/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk